An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KERRY O'KEEFE,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 66956

**FILED**

FEB 11 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported order denying a post-conviction petition for a writ of habeas corpus in case number C250630. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on November 21, 2014.[1]  Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

---

[1]The minutes indicate that the district court has appointed counsel for appellant and set the matter for a hearing in July 2015.

15-04471

cc: Hon. Michael Villani, District Judge
Brian Kerry O'Keefe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Matthew Carling